## Bilbery *et al.* v. Jennings.

APPEAL from Circuit Court of Shelby.

Tried before Hon. L. F. Box.

LONGSHORE & BEAVERS, for appellant.

BROWN, McMILLAN & LEEPER, *contra.*

This was an action brought by appellee against the appellants, to recover a balance alleged to be due him for services rendered. There was judgment for plaintiff and defendant appealed. Affirmed.

Opinion by McCLELLAN, J.

---

## House v. West.

APPEAL from the Birmingham City Court.

Tried before the Hon. H. A. SHARPE.

GREGG & THORNTON, for appellant.

No counsel marked as appearing for appellee.

This was a statutory trial of the right of property, instituted by N. E. House interposing a claim to money disclosed by the answer of the garnishee, in response to a writ of garnishment, which was issued on a judgment recovered by R. L. West against J. J. House. Affirmed on the authority of House v. West.

Opinion by McCLELLAN, J.